IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD TANNEHILL, on behalf of
himself and all others similarly situated                PLAINTIFF

v.                      No. 3:19-cv-140-DPM

SIMMONS BANK                                             DEFENDANT

## ORDER

The Court appreciates the parties' helpful joint status report, and notes the motion to amend. Tannehill's claims abated at his November 2019 death. They can be revived by a timely motion to substitute. FED. R. CIV. P. 25(a); *In re Baycol Products Litigation*, 616 F.3d 778, 785 (8th Cir. 2010); *McDonald v. Pettus*, 337 Ark. 265, 279, 988 S.W.2d 9, 16 (1999). The Court's March deadline was meant to nudge things along; it is not dispositive. The deadline for substitution remains 5 May 2020 — ninety days after Tannehill's death was suggested on the record. *Atkins v. City of Chicago*, 547 F.3d 869, 873 (7th Cir. 2008). The motion to amend, *Doc. 36*, is denied without prejudice as premature. There is nothing to amend at the moment because Tannehill's claims have abated. No class has been certified. The Final Scheduling Order, *Doc. 29*, is therefore suspended and the case is stayed. The Court awaits the planned motion to substitute, which can be joined to a motion to amend that proposes the additional plaintiff, too.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*10 March 2020*