# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DONALD TANNEHILL, on behalf of**
**himself and all others similarly situated**                    **PLAINTIFF**

v.                                   **No. 3:19-cv-140-DPM**

**SIMMONS BANK**                                              **DEFENDANT**

## ORDER

The unopposed motion, *Doc. 40*, is granted.  The time to move to substitute is extended to 10 July 2020 for good cause.  Federal Rule of Civil Procedure 25's ninety-day period can be extended.  FED. R. CIV. P. 6 & 25 (advisory committee notes to 1963 amendments); *Kaubisch v. Weber*, 408 F.3d 540, 542 n.2 (8th Cir. 2005).  Tannehill's claim abated at his death.  It's in juridical limbo.  His former lawyer and family are working on opening an estate.  The COVID-19 pandemic presents extraordinary circumstances, which limit the accessibility of the Missouri probate courts.  And Tannehill's family circumstances are, according to counsel, tangled.  There is no prejudice to Simmons, or the administration of justice, in allowing more time to effect the substitution.  The stay remains in effect.

So Ordered.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

8 April 2020