# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DONALD TANNEHILL, on behalf of
himself and all others similarly situated                                    PLAINTIFF

v.                            No. 3:19-cv-140-DPM

SIMMONS BANK                                                                 DEFENDANT

## JUDGMENT

This case is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2020